UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

        Plaintiff,

vs.                                   ORDER ADOPTING REPORT
                                                    AND RECOMMENDATION

Steven P. Henchen,

        Defendants.         Civ. No. 07-4083 (JMR/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED:**

That the Government's Motion for Default Judgment [Docket No. 18] is GRANTED.

Dated: June 30, 2008                                     s/James M. Rosenbaum
                                                            James M. Rosenbaum, Chief Judge
                                                            United States District Court